JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY HOLLAND, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY; and DOES 1 through10,<br><br>        Defendants. | Case No. 2:19-cv-02604-SVW-RAO<br><br>The Honorable Stephen V. Wilson<br><br>**ORDER RE: STIPULATION AND JOINT REQUEST FOR ENTRY OF FINAL JUDGMENT** |

Plaintiff Sydney Holland ("Holland") and Defendant Travelers Commercial Insurance Company ("Travelers") (collectively, the "Parties") have submitted a Stipulation and Joint Request for Entry of Final Judgment agreeing that, in light of this Court's March 30, 2020, Order, there are no further issues of fact or questions of law for resolution by this Court. Pursuant to the Parties' stipulation, and this Court's March 30, 2020, Order:

**IT IS HEREBY ORDERED** that Holland's claim for Third Cause of Action for Declaratory Relief against Does 1 through 10 is **DISMISSED**.

**IT IS FURTHER ORDERED** that judgment is entered against Holland on all causes of action for the reasons stated in the March 30, 2020, Order and the Parties' Stipulation and Joint Request for Entry of Final Judgment.

This Order is without prejudice to Holland's right to appeal the March 30, 2020, Order and final judgment entered in this case as to her First Cause of Action for Breach of Contract and Second Cause of Action for Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing.

**IT IS SO ORDERED.**

DATED: June 10, 2020

Stephen V. Wilson
United States District Judge